UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE L. LEBRON,

        Plaintiffs

v.

DEPARTMENT OF SOCIAL SERVICES,

        Defendants.

Case No. 3:22-cv-155 VAB

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On August 18, 2023, the defendant's filed a motion for summary judgment. On October 4, 2023, plaintiff filed an opposition to the motion for summary judgment. On March 8, 2024, the Court entered an order (Doc. 49) granting the motion for summary judgment in favor of the defendant and ordered that this case be closed.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered, and the case is closed.

Dated at New Haven, Connecticut, this 11th day of March 2024.

Dinah M. Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD: 3/11/2024